UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BFNO PROPERTIES, LLC and ) <br> TUCKER PROPERTY HOLDINGS, LLC ) <br>     Plaintiffs, ) <br> ) <br> VERSUS ) <br> ) <br> HOUSING AUTHORITY OF NEW ORLEANS, ) <br> DWAYNE G. BERNAL, CHAIRMAN, ) <br> ALICE REINER, VICE CHAIRMAN, ) <br> TONI HACKETT ANTRUM, GLEN M. PILIE, ) <br> and VONDA RICE, IN THEIR CAPACITY AS ) <br> MEMBERS OF THE BOARD OF ) <br> COMMISSIONERS OF THE HOUSING ) <br> AUTHORITY OF NEW ORLEANS ) <br>     Defendants. ) | CIVIL ACTION NO.: 2:15-cv-00300 <br><br> SECTION: "E"(5) <br><br> JUDGE: SUSIE MORGAN <br><br> MAGISTRATE: MICHAEL NORTH |

## **EX PARTE MOTION TO EXPEDITE PROCEEDINGS ON MOTION TO REMAND**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, BFNO Properties, LLC and Tucker Property Holdings, LLC, who move this Honorable Court to expedite the proceedings in considering Plaintiffs' Motion to Remand as Defendants, the Housing Authority of New Orleans ("HANO"), Dwayne G. Bernal, Chairman, Alice Reiner, Vice Chairman, Toni Hackett Antrum, Glen M. Pilie, and Vonda Rice, all in their capacity as members of the Board of Commissioners for HANO, continue to wrongfully recapture and/or withhold funds due Plaintiffs.

For these reasons and those more fully discussed in the attached Memorandum in Support of *Ex Parte* Motion to Expedite Proceedings on Motion to Remand, the Plaintiffs respectfully request that this Court grant their Motion, and expedite the proceedings related to the determination of Plaintiffs' Motion to Remand.

        Respectfully submitted,

        PICKERING & COTOGNO

    BY: */s/ Kenneth E. Pickering*
       Kenneth E. Pickering (Bar Roll #10576)
       1515 Poydras Street, Suite 1800
       New Orleans, Louisiana 70112
       Telephone: (504) 581-1222
       Facsimile: (504) 581-3912
       Emails:  pickering@pclawfirm.com
       ATTORNEY FOR PLAINTIFFS,
       BFNO PROPERTIES, LLC and
       TUCKER PROPERTY HOLDINGS, LLC

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 25, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

        */s/ Kenneth E. Pickering*
         KENNETH E. PICKERING